

# United States District Court

### Southern District of Ohio
### 85 Marconi Boulevard
### Columbus 43215

Chambers of
**James L. Graham**
District Judge

August 24, 2005

The Honorable Mary M. Lisi
Chair
Judicial Conference of the United States
Committee On Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

RE: Calendar Year 2004 Filing

Dear Judge Lisi:

Enclosed hereto are three (3) copies of my amended 2004 Form AO-10. This amended submission, as you are aware, is the result of a letter I received from your Committee dated July 29, 2005. That letter (copy attached) indicated it was necessary for me to correct the report I originally submitted.

I sincerely apologize for the inconvenience this has caused you and the Committee.



Judge

JLG:wks
Enclosures

RECEIVED 2005 AUG 30 A 10: 58 FINANCIAL DISCLOSURE OFFICE

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| AO-10 |
|---|
| Rev. 1/2004 |

| 1. Person Reporting (Last name, First name, Middle initial) Graham, James L | 2. Court or Organization U.S. District Court, SD/OH | 3. Date of Report 8/23/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge - Senior | 5. Report Type (check appropriate type) ( ) Nomination, Date 9/26/1986 ( ) Initial ● Annual ( ) Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 169 Joseph P. Kinneary U.S. Co 85 Marconi Boulevard Columbus, Ohio 43215 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | General Partner | ███████ Partnership |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED
2005 AUG 30 A 10: 59
FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 8/23/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | National City Mortgage Co. Columbus, OH | Mortgage on Rental Property - Item 2 - Part VII | L |
| 2. | Farm Credit Services of Mid- America, ACA - Louisville, KY | Mortgage on Farm Land - owned by ▮▮▮▮ Partnership - Item 3 - Part VII | L |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Apartment Buildings-Gahanna, Oh-Acq.- 04/05/02- Cost $416,450 | E | Rent | O | R | | | | | |
| 2. Rental Home - Dublin, OH-Acq.- 01/05/00-Cost $255,180 | A | Rent | N | R | | | | | |
| 3. Graham Family Partnership - Farm Land (███ acres) | D | Rent | O | Q | | | | | |
| 4. HNB - Checking & Savings Accounts | A | Interest | J | T | | | | | |
| 5. Gold and Silver Coins | | None | K | T | | | | | |
| 6. The following assets are held Merrill Lynch in | | | | | | | | | |
| 7. Brokerage # 1 account: | | | | | | | | | |
| 8. Merrill Lynch Bank - Money Market Fund | B | Interest | M | T | | | | | |
| 9. Managed Muny Portfolio, Inc. Closed End Fund | C | Dividend | L | T | | | | | |
| 10. Southwest Loc. Sch. Dist. Oh. Ham. Cty. - 4.1% Due 12/01/05 | B | Interest | K | T | | | | | |
| 11. Lorain Ohio Swr Sys - 5.1% Due 04/01/06 | B | Interest | K | T | | | | | |
| 12. Ohio St. Hwy Cap Impt - 4.25% Due 05/01/06 | A | Interest | K | T | | | | | |
| 13. Franklin Cty, OH Riverside Meth Hosp - 5.6% Due 05/15/ 6 | C | Interest | L | T | | | | | |
| 14. Ohio HSG Res Mtg Rev - 4.9% Due 09/01/06 | B | Interest | K | T | | | | | |
| 15. Ohio HSG Res Mtg Rev - 4.9% Due 09/01/06 | A | Interest | | | Redemption | 09/01 | J | | |
| 16. Ohio HSG Res Mtg. Rev.-4.9% Due 09/01/06 | A | Interest | | | Redemption | 03/01 | J | | |
| 17. Ohio HSG Res Mtg Rev - 3.45% Due 09/01/06 | B | Interest | L | T | | | | | |
| 18. Ohio HSG Res Mtg Rev - 3.45% Due 09/01/06 | A | Interest | | | Redemption | 03/01 | J | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

AMENDED

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | /23/2 05 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Ohio HSG Mtg Rev Sec C - 4.7% Due 09/01/06 | B | Interest | K | T | | | | | |
| 20. Ohio HSG Mtg Rev Sec C - 4.7% Due 09/01/06 | A | Interest | | | Redemption | 09/02 | J | | |
| 21. Ohio HFA Res Mtg GNMA - 5.55% Due 09/01/07 | A | Interest | J | T | | | | | |
| 22. Ohio St WTR CEV Auth - 5.25% Due 06/01/11 | C | Interest | L | T | | | | | |
| 23. Portage Cty Oh MBIA - 5.25% Due 12/01/17 | C | Interest | L | T | | | | | |
| 24. Ohio St Bldg Auth Adult Corr - 5.25% Due 10/01/18 | B | Interest | L | T | | | | | |
| 25. Cuyahoga Cty Oh Hosp Rev - 3.9% Due 01/01/04 | A | Interest | | | Redemption | 01/02 | K | | |
| 26. Miamisburg Mun Golf Course - 4.3% Due 12/01/04 | B | Interest | | | Redemption | 12/01 | K | | |
| 27. South Euclid Oh Impr - 4.25% Due 12/01/04 | A | Interest | | | Redemption | 12/01 | K | | |
| 28. Ohio ST PUB FCS CMM Higher ED - 5% Due 05/01/05 | B | Interest | K | T | | | | | |
| 29. Dayton Oh Good Samaritan Hosp - 6% Due 11/01/05 | A | Interest | | | Redemption | 0901 | J | | |
| 30. Cleveland Oh Cty SD Impr - 6% Due 12/01/06 | B | Interest | K | T | | | | | |
| 31. Capital One Bank CD - 2.1% Due 06/22/05 | B | Interest | L | T | | | | | |
| 32. Toledo OH CAP IMPR BD - 4% Due 12/01/18 | B | Interest | L | T | | | | | |
| 33. Newark Oh WTR SYS IMPT - 6.25% Due 12/01/07 | C | Interest | K | T | | | | | |
| 34. The following assets are held by Merrill Lynch in IRA #1 | | | | | | | | | |
| 35. ac ount: | | | | | | | | | |
| 36. Merrill Lynch Bank USA Money Market Fund | B | Dividend | M | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

AMENDED

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 8/23/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 31-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Astropower, Inc. | | None | J | T | | | | | |
| 38. Ballard Power Systems, Inc. | | None | J | T | | | | | |
| 39. Capstone Turbine Corp. | | None | J | T | | | | | |
| 40. Electrosource, Inc. | | None | J | T | | | | | |
| 41. Energy Conversion Devices, Inc. | | None | J | T | | | | | |
| 42. Plug Power, Inc. | | None | J | T | | | | | |
| 43. Red Hat, Inc. | | None | J | T | | | | | |
| 44. VA Software Corp (Formerly VA Linux Systems, Inc.) | | None | J | T | | | | | |
| 45. NASDAQ 100 Mutual Fund | A | Dividend | J | T | | | | | |
| 46. Providian National Bank CD - Due 01/12/04 | C | Interest | | | Redemption | 01/02 | L | | |
| 47. Capital One F.S.B. Va CD - Due 11/29/04 | C | Interest | | | Redemption | 11/29 | L | | |
| 48. First Bank USA CD - Due 03/01/05 | B | Interest | K | T | | | | | |
| 49. Daimler Chrysler NA Note - Due 05/15/05 | C | Interest | L | T | | | | | |
| 50. G.M. Accept Corp Note - Due 11/15/05 | B | Interest | K | T | | | | | |
| 51. Capital One F.S.B. CD - Due 05/30/06 | A | Interest | K | T | | | | | |
| 52. MBNA American Bank CD - Due 05/30/06 | A | Interest | K | T | | | | | |
| 53. Western Bank of P.R. CD - Due 03/12/04 | B | Interest | | | Redemption | 03/12 | L | | |
| 54. G.M. Accept Corp Note - Due 01/15/05 | B | Interest | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 8/23/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Ford Motor Credit Note - Due 02/22/05 | C | Interest | K | T | | | | | |
| 56. Ford Motor Credit Note - Due 06/20/06 | B | Interest | K | T | | | | | |
| 57. G.M. Accept Corp Note - Due 06/15/06 | B | Interest | K | T | | | | | |
| 58. G.M. Accept.Corp. - 5.0% Due 09/15/09 | B | Interest | K | T | Buy | 09/02 | L | | |
| 59. Ford Motor Credit Corp. - 5.0% Due 09/21/09 | B | Interest | K | T | Buy | 09/03 | L | | |
| 60. The following assets are held by Merrill Lynch in IRA # 2 | | | | | | | | | |
| 61. account: | | | | | | | | | |
| 62. Merrill Lynch Bank USA Money Market Fund | A | Interest | K | T | | | | | |
| 63. Lehman Brothers Bank FSB CD - Due 06/21/04 | B | Interest | K | T | | | | | |
| 64. The following assets are held by Merrill Lynch in Brokerage | | | | | | | | | |
| 65. # 2 account: | | | | | | | | | |
| 66. Merrill Lynch Bank USA Money Market Fund | A | Dividend | J | T | | | | | |
| 67. Eaton Vance OH Tax Exempt Mutual Fund | B | Dividend | K | T | | | | | |
| 68. The following assets are held by Fifth Third Securities, Inc | | | | | | | | | |
| 69. in IRA # 2 account: | | | | | | | | | |
| 70. AIM Constellation Mutual Fund | A | Dividend | J | T | | | | | |
| 71. The following assets are held by Merrill Lynch in Brokerag | | | | | | | | | |
| 72. # 3 account: | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and B4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 8/23/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Merrill Lynch Bank USA Money Market Fund | A | Dividend | J | T | | | | | |
| 74. Notes Receivable-Benevolent Landlord | B | Interest | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 8/23/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part VII, page 1, Line 3: The date of the appraisal was June 30, 1992 with a valuation date of December 22, 1991.

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Graham, James L. | 8/23/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children; if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _August 24, 2005_

NOTE: ANY [ ] WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544